UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
SHIVA STEIN,                                            :
                                                        :
                              Plaintiff,                :              22-CV-6648 (JMF)
                                                        :
              -v-                                       :
                                                        :
AUTOWEB, INC, et al.,                                   :
                                                        :
                              Defendants.               :
                                                        :
-------------------------------------------------------------------X
                                                        :
MATTHEW WHITFIELD,                                     :
                                                        :
                              Plaintiff,                :              22-CV-6793 (JMF)
                                                        :
              -v-                                       :
                                                        :
AUTOWEB, INC, et al.,                                   :
                                                        :
                              Defendants.               :
                                                        :
-------------------------------------------------------------------X
                                                        :
MATTHEW HOPKINS,                                        :
                                                        :
                              Plaintiff,                :              22-CV-6799 (JMF)
                                                        :
              -v-                                       :
                                                        :
AUTOWEB, INC, et al.,                                   :
                                                        :
                              Defendants.               :
                                                        :
-------------------------------------------------------------------X
                                                        :
JORDAN WILSON,                                          :
                                                        :
                              Plaintiff,                :              22-CV-6818 (JMF)
                                                        :
              -v-                                       :

|                                                              |   |                    |
|--------------------------------------------------------------|---|--------------------|
| AUTOWEB, INC, et al.,                                        | : |                    |
|                                                              | : |                    |
| Defendants.                                                  | : |                    |
|                                                              | : |                    |
| ----------------------------------------------------------------X | : |              |
|                                                              | : |                    |
| JOHN THOLLON,                                                | : |                    |
|                                                              | : |                    |
| Plaintiff,                                                   | : | 22-CV-6893 (JMF)   |
|                                                              | : |                    |
| -v-                                                          | : | ORDER              |
|                                                              | : |                    |
| AUTOWEB, INC, et al.,                                        | : |                    |
|                                                              | : |                    |
| Defendants.                                                  | : |                    |
|                                                              | : |                    |
| ----------------------------------------------------------------X | : |              |

JESSE M. FURMAN, United States District Judge:

On August 4, 2022, Plaintiff Shiva Stein filed a complaint in 22-CV-6648.  Thereafter, four similar complaints were filed in 22-CV-6793, 22-CV-6799, 22-CV-6818, and 22-CV-6893. As of this Order, no motion for consolidation has been filed, but the four later cases were accepted by the Court as related to 22-CV-6648.

As the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **September 13, 2022**.  If no party files a letter opposing consolidation, the Court will consolidate the five cases without further notice to the parties. Unless and until the Court orders otherwise, any deadlines and conference dates remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **September 13, 2022**.

It is further ORDERED that the plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: September 6, 2022
       New York, New York

JESSE M. FURMAN
United States District Judge