UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

SHIVA STEIN,                                        :

                      Plaintiff,                :          22-CV-6648 (JMF)

          -v-                                      :

AUTOWEB, INC, et al.,                     :

                    Defendants.         :
------------------------------------------------------------------------X
                                              :

MATTHEW WHITFIELD,               :

                    Plaintiff,              :          22-CV-6793 (JMF)

         -v-                                      :

AUTOWEB, INC, et al.,                     :

                    Defendants.        :
------------------------------------------------------------------------X
                                             :

MATTHEW HOPKINS,                  :

                    Plaintiff,              :          22-CV-6799 (JMF)

         -v-                                      :

AUTOWEB, INC, et al.,                     :

                    Defendants.        :
------------------------------------------------------------------------X
                                             :

JORDAN WILSON,                     :

                    Plaintiff,              :          22-CV-6818 (JMF)

         -v-                                      :

```
AUTOWEB, INC, et al.,                          :
                                               :
                        Defendants.            :
                                               :
---------------------------------------------X
                                               :
JOHN THOLLON,                                  :
                                               :
                        Plaintiff,             :       22-CV-6893 (JMF)
                                               :
           -v-                                 :       ORDER
                                               :
AUTOWEB, INC, et al.,                          :
                                               :
                        Defendants.            :
                                               :
---------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    On September 6, 2022, the Court issued an Order stating that these five cases appeared to involve common questions of law and fact, so it was inclined to consolidate them, but that if any party objected, the party needed to file a letter brief by September 13, 2022. ECF No. 4. Having received no objections, it is hereby ordered that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the cases are consolidated under the case number 22-CV-6648. Unless and until the Court orders otherwise, the initial pre-trial conference on **November 17, 2022**, will proceed as scheduled. 22-CV-6648, ECF No. 3.

    It is further ORDERED that the Plaintiffs shall promptly serve a copy of this Order on each of the Defendants and file proof of service on the docket.

    The Clerk of Court is directed to consolidate 22-CV-6648, 22-CV-6793, 22-CV-6799, 22-CV-6818, and 22-CV-6893 under case number 22-CV-6648, and to close 22-CV-6793, 22-CV-6799, 22-CV-6818, and 22-CV-6893. **All future filings should be in 22-CV-6648 alone.**

    SO ORDERED.

Dated: September 15, 2022  
       New York, New York

                                          JESSE M. FURMAN  
                                          United States District Judge